```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

ZOMBA RECORDING LLC,

        Plaintiff,

                    13-CV-6581 (KMW) (GWG)

-against-

                    ORDER

CAMP WEST RECORDERS, INC., as
successor-in-interest to AFFINITY
ENTERTAINMENT GROUP, INC., and
JOHNELL HARRIS,

        Defendants.

----------------------------------------------------------------X

WOOD, U.S.D.J.:

        The Court, having been advised that the parties have reached an agreement to settle this

case, hereby orders that the action is dismissed and discontinued without costs, and without

prejudice to the right to reopen the action within thirty (30) days if the settlement is not

consummated. The Clerk of Court is directed to close this case. Any pending motions are moot.


        SO ORDERED.

Dated:      New York, New York
           August 5, 2014

                           Kimba M. Wood
                      United States District Judge