

Proskauer Rose LLP  Eleven Times Square  New York, NY 10036-8299

August 29, 2014

Adam W. Deitch
Attorney at Law
d 212.969.3848
f 212.969.2900
adeitch@proskauer.com
www.proskauer.com

**BY ECF**

Hon. Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    *Zomba Recording LLC v. Camp West Recorders, Inc., et ano.*
              13 Civ. 6581(KMW)(GWG)

Dear Judge Wood:

We represent the plaintiff, Zomba Recording LLC ("Zomba"), in the above-referenced matter. I write with the consent of counsel for the defendants and on behalf of all parties to respectfully request a one-week extension of time within which to consummate the settlement of this matter.

By way of background, on August 1, 2014, the parties informed Magistrate Judge Gorenstein that they had reached an agreement in principle to resolve the case in its entirety and requested thirty (30) days within which to negotiate and agree upon relevant stipulations and settlement terms. By Order dated August 5th, the Court granted this request and ordered that the action be dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty (30) days if the settlement were not consummated.

Since that time, the parties have engaged in fruitful negotiations with respect to the terms of the settlement agreement and are now in the process of finalizing stipulations and settlement documents. To that end, and in part due to unavoidable scheduling conflicts, the parties request that the deadline for completing the settlement or, in the alternative, for Zomba to seek to reopen the action, be extended by one week, from September 4th to September 11th.

We thank the Court in advance for consideration of this request.

Respectfully submitted,

*/s/ Adam W. Deitch*

Adam W. Deitch

cc:    Anthony R. Motta, Counsel for Defendants (by ECF and Electronic Mail)